Opinion issued March 14, 2019



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-18-00960-CR

———————————

**WILLIAM HARRIS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 232nd District Court**
**Harris County, Texas**
**Trial Court Case No. 876384**

---

## MEMORANDUM OPINION

This is an attempted appeal of the denial of a motion for the appointment of

habeas corpus counsel. A ruling denying a motion to appoint counsel is an

interlocutory order. *See*, *e.g.*, *Gutierrez v. State*, 307 S.W.3d 318, 323 (Tex. Crim.

App. 2010) ("an order denying appointed counsel under Article 64.01(c) is not an

immediately appealable order"). We do not have jurisdiction to review interlocutory orders unless jurisdiction has been expressly granted by statute. *Apolinar v. State*, 820 S.W.2d 792, 794 (Tex. Crim. App. 1991); *see also Abbott v. State*, 271 S.W.3d 694, 696-97 (Tex. Crim. App. 2008) ("The standard for determining jurisdiction is not whether the appeal is precluded by law, but whether the appeal is authorized by law."). There is no statutory authorization to appeal the denial of a motion to appoint habeas corpus counsel.

Accordingly, we dismiss this appeal for want of jurisdiction. TEX. R. APP. P. 42.3(a), 43.2(f). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Goodman and Countiss.

Do not publish. TEX. R. APP. P. 47.2(b).

2